# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 65 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of Montgomery |
| | : County Court of Common Pleas, Criminal |
| | : Divison, at No. CP-46-CR-0002111-2013 |
| v. | : dated May 19, 2014 |
| | : |
| | : |
| ANDRE HOLMES MYERS, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

   **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).